UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III,<br><br>                Plaintiff,<br>v.<br><br>COLLEEN CHESTERMAN ET AL.,<br>                Defendants. | No. 3:18-cv-05331-RJB-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, no objections having been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 40).

(2) Defendants' Motion for Summary Judgment (Dkt. 19) is granted, but Defendants' request for the Court to find Plaintiff's action frivolous and malicious is denied.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 8th day of July, 2019.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1